IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA,<br>STATE OF MISSOURI,<br>STATE OF ARKANSAS,<br>STATE OF IOWA,<br>STATE OF KANSAS, and<br>STATE OF SOUTH CAROLINA,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, Jr.,<br>in his official capacity as the President of the United States of America;<br><br>MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education; and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>   *Defendants*. | No. 4:22-cv-01040 |

**PLAINTIFF STATES' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT
FOR THE MEMORANDUM IN SUPPORT OF THEIR MOTIONS FOR
<u>TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION</u>**

  Under Local Rule 4.01(D), a party may file "any motion, memorandum, or brief which exceeds fifteen (15) pages" with leave of the Court.  Plaintiff States respectfully request such leave for their memorandum in support of their motions for temporary restraining order and preliminary injunction (filed concurrently with this motion).  Because the legal issues are complex and significant—involving the propriety of a federal agency taking the unprecedented step of unilaterally erasing more than a half trillion dollars in student loan debt—leave is appropriate.

1

As explained in Plaintiffs' memorandum, Defendants' unlawful Mass Debt Cancellation is already inflicting ongoing harms on Plaintiffs, and it threatens to imminently impose more injuries on them soon.  To stop the existing harm—and prevent the quickly approaching injuries— Plaintiffs brought this suit.  To show their entitlement to relief, the States must analyze Defendants' authority under the Higher Education Relief Opportunities for Students Act of 2003 (HEROES Act)—an issue of first impression.  That analysis will also touch on significant questions of constitutional concern.

In short, the issues raised in the States' memorandum are complex and significant, and so they justify granting the States leave to exceed the 15-page limit.  *See Monsanto Co. v. E.I. DuPont de Nemours & Co.*, 2012 WL 5397601, at *9 (E.D. Mo. Nov. 2, 2012) ("Recognizing the complexity of the action and the significance of the issues involved, this Court granted [the] request for a substantial expansion of the briefing page limitations.").  For these reasons, Plaintiffs respectfully ask the Court to grant them leave to file a memorandum in support of their motions for temporary restraining order and preliminary injunction that exceeds 15 pages.

Dated: September 29, 2022

Respectfully submitted,

**DOUGLAS J. PETERSON**
**Attorney General of Nebraska**

*/s/ James A. Campbell*
James A. Campbell
   *Solicitor General of Nebraska*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2686
Jim.Campbell@nebraska.gov
*Counsel for Plaintiffs*

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/ Michael E. Talent*
Michael E. Talent, #73339MO
   *Deputy Solicitor General of Missouri*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
(314) 340-4869
Michael.Talent@ago.mo.gov
*Counsel for Plaintiffs*

**LESLIE RUTLEDGE**
**Attorney General of Arkansas**

*/s/ Dylan L. Jacobs*
Nicholas J. Bronni
   *Solicitor General of Arkansas*
Dylan L. Jacobs
   *Deputy Solicitor General of Arkansas*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov
*Counsel for State of Arkansas*

**JEFFREY S. THOMPSON**
**Solicitor General of Iowa**

*/s/ Samuel P. Langholz*
Samuel P. Langholz
   *Assistant Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for State of Iowa*

**DEREK SCHMIDT**
**Attorney General of Kansas**

*/s/ Shannon Grammel*
Shannon Grammel
   *Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
shannon.grammel@ag.ks.gov
*Counsel for State of Kansas*

**ALAN WILSON**
**Attorney General of South Carolina**

*/s/ J. Emory Smith, Jr.*
J. Emory Smith, Jr.
   *Deputy Solicitor General*
Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211
803-734-3680
ESmith@scag.gov
*Counsel for State of South Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2022, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system for all parties who have appeared and to be served on those parties who have not appeared in accordance with the Federal Rules of Civil Procedure or other means agreed to by the parties.

/s/ Michael E. Talent  
Michael E. Talent