IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA,<br>STATE OF MISSOURI,<br>STATE OF ARKANSAS,<br>STATE OF IOWA,<br>STATE OF KANSAS, and<br>STATE OF SOUTH CAROLINA,<br><br>        *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr.,<br>in his official capacity as the President of the United States of America;<br><br>MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education; and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>        *Defendants*. | No. 4:22-cv-01040 |

## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff States move this Court for a temporary restraining order (TRO) under Fed. R. Civ. P. 65 to enjoin Defendants from implementing or enforcing their Mass Debt Cancellation for student loans, which is set to occur at the beginning of October 2022, and to enjoin Defendants from publishing a waiver or modification under the Higher Education Relief Opportunities for Students Act of 2003 (HEROES Act) to effectuate the Mass Debt Cancellation.  Plaintiffs ask that the TRO remain in place until the Court rules on their contemporaneously filed motion for preliminary injunction.  In support of this motion, States rely on the arguments contained in the accompanying memorandum.

1

If the Court denies this request for a TRO request, Plaintiffs ask the Court to immediately rule on their related request for a preliminary injunction.  Doing so would allow Plaintiffs to seek relief from the appellate court before unpaid student loan debt starts disappearing.

Dated: September 29, 2022

Respectfully submitted,

**DOUGLAS J. PETERSON**
**Attorney General of Nebraska**

*/s/ James A. Campbell*
James A. Campbell
   *Solicitor General of Nebraska*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2686
Jim.Campbell@nebraska.gov
*Counsel for Plaintiffs*

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/ Michael E. Talent*
Michael E. Talent, #73339MO
   *Deputy Solicitor General of Missouri*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
(314) 340-4869
Michael.Talent@ago.mo.gov
*Counsel for Plaintiffs*

**LESLIE RUTLEDGE**
**Attorney General of Arkansas**

*/s/ Dylan L. Jacobs*
Nicholas J. Bronni
   *Solicitor General of Arkansas*
Dylan L. Jacobs
   *Deputy Solicitor General of Arkansas*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov
*Counsel for State of Arkansas*

**JEFFREY S. THOMPSON**
**Solicitor General of Iowa**

*/s/ Samuel P. Langholz*
Samuel P. Langholz
   *Assistant Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for State of Iowa*

**DEREK SCHMIDT**
**Attorney General of Kansas**

*/s/ Shannon Grammel*
Shannon Grammel
   *Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
shannon.grammel@ag.ks.gov
*Counsel for State of Kansas*

**ALAN WILSON**
**Attorney General of South Carolina**

*/s/ J. Emory Smith, Jr.*
J. Emory Smith, Jr.
   *Deputy Solicitor General*
Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211
803-734-3680
ESmith@scag.gov
*Counsel for State of South Carolina*

## CERTIFICATE OF SERVICE

    I hereby certify that, on September 29, 2022, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system for all parties who have appeared and to be served on those parties who have not appeared in accordance with the Federal Rules of Civil Procedure or other means agreed to by the parties.

*/s/ Michael E. Talent*
Michael E. Talent
