IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA,<br>STATE OF MISSOURI,<br>STATE OF ARKANSAS,<br>STATE OF IOWA,<br>STATE OF KANSAS, and<br>STATE OF SOUTH CAROLINA,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr.,<br>in his official capacity as the President of the United States of America;<br><br>MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education; and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | No. 4:22-cv-01040 |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

On September 29, 2022, Plaintiff States moved this Court for a temporary restraining order (TRO) under Fed. R. Civ. P. 65.  After reviewing that motion and the materials filed in support of it, the Court hereby orders that (1) Defendants are temporarily enjoined from implementing or enforcing their mass debt cancellation for student loans and (2) Defendants are temporarily enjoined from publishing a waiver or modification under the Higher Education Relief Opportunities for Students Act of 2003 (HEROES Act) to effectuate their mass debt cancellation.  This order will remain in place until the Court rules on Plaintiffs' motion for preliminary injunction.

_____
United States District Court Judge