**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STATE OF NEBRASKA,<br>STATE OF MISSOURI,<br>STATE OF ARKANSAS,<br>STATE OF IOWA,<br>STATE OF KANSAS, and<br>STATE OF SOUTH CAROLINA,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>JOSEPH R. BIDEN, Jr.,<br>in his official capacity as the President of<br>the United States of America;<br><br>MIGUEL CARDONA, in his official<br>capacity as Secretary, United States<br>Department of Education; and<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION,<br><br>      *Defendants*. | No. 4:22-cv-01040 |

## ENTRY OF APPEARANCE

James A. Campbell, attorney with the Nebraska Attorney General's Office, hereby enters

his appearance in the case as counsel for Plaintiffs.

**DOUGLAS J. PETERSON
Attorney General of Nebraska**

*/s/ James A. Campbell*
James A. Campbell
  *Solicitor General of Nebraska*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2686
Jim.Campbell@nebraska.gov
*Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 29, 2022, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system for all parties who have appeared and to be served on those parties who have not appeared in accordance with the Federal Rules of Civil Procedure or other means agreed to by the parties.

*/s/ James A. Campbell*
James A. Campbell