IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF NEBRASKA, STATE OF MISSOURI, and STATE OF ARKANSAS,<br><br>      *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., in his official capacity as the President of the United States of America;<br><br>MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education; and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      *Defendants*. | No. 4:22-cv-01040 |

## ENTRY OF APPEARANCE

Dylan L. Jacobs, attorney with the Arkansas Attorney General's Office, hereby enters his appearance in the case as counsel for Plaintiff State of Arkansas.

    Respectfully submitted,

    **LESLIE RUTLEDGE**
    **Attorney General of Arkansas**

    /s/ *Dylan L. Jacobs*
    Dylan L. Jacobs
     *Deputy Solicitor General*
    Office of the Arkansas Attorney General
    323 Center St., Suite 200
    Little Rock, AR 72201
    (501) 682-2007
    Dylan.Jacobs@arkansasag.gov
    *Counsel for the State of Arkansas*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 29, 2022, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure by mail or other means agreed to by the party.

                                              /s/ *Dylan L. Jacobs*
                                              Dylan L. Jacobs