IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA,<br>STATE OF MISSOURI,<br>STATE OF ARKANSAS,<br>STATE OF IOWA,<br>STATE OF KANSAS, and<br>STATE OF SOUTH CAROLINA,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>JOSEPH R. BIDEN, Jr.,<br>in his official capacity as the President of the United States of America;<br><br>MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education; and<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　*Defendants*. | No. 4:22-cv-01040 |

**NOTICE REQUESTING HEARING ON**
**<u>MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

Plaintiff States hereby request a hearing on their motion for a temporary restraining order on September 30 at 2:00 pm Central time (or anytime that afternoon) via teleconference, or as soon thereafter as may be heard.

Plaintiffs attempted to notify Defendants of the motion for a temporary restraining order. On September 29, 2022, at 12:22 pm Central time, Plaintiffs' counsel Michael Talent sent an email to Robert Merritt at the U.S. Department of Justice and Nicholas Llewellyn at the U.S. Attorney's Office in St. Louis.  Mr. Merritt is counsel of record for the federal government in a similar

1

challenge to Defendants' mass debt cancellation program pending in the United States District Court for the Southern District of Indiana. That email included a copy of the complaint and notified the recipients of Plaintiffs' intent to file a motion for a temporary restraining order and to seek a hearing on that motion during the afternoon of September 30. Subsequently, Plaintiffs' counsel Michael Talent sent another email to Mr. Merritt and Mr. Llewellyn providing them with copies of the motion for temporary restraining order and the accompanying documents. Plaintiffs' counsel James Campbell also called Mr. Llewellyn and left him a voicemail. So far, Plaintiffs' attorneys have not yet heard back from either Mr. Merritt or Mr. Llewellyn. Given that, Plaintiffs do not know whether counsel will appear on behalf of Defendants at a hearing set for the afternoon of September 30.

Dated: September 29, 2022

Respectfully submitted,

**DOUGLAS J. PETERSON**
**Attorney General of Nebraska**

*/s/ James A. Campbell*
James A. Campbell
   *Solicitor General of Nebraska*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2686
Jim.Campbell@nebraska.gov
*Counsel for Plaintiffs*

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/ Michael E. Talent*
Michael E. Talent, #73339MO
   *Deputy Solicitor General of Missouri*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
(314) 340-4869
Michael.Talent@ago.mo.gov
*Counsel for Plaintiffs*

**LESLIE RUTLEDGE**
**Attorney General of Arkansas**

*/s/ Dylan L. Jacobs*
Nicholas J. Bronni
   *Solicitor General of Arkansas*
Dylan L. Jacobs
   *Deputy Solicitor General of Arkansas*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov
*Counsel for State of Arkansas*

**JEFFREY S. THOMPSON**
**Solicitor General of Iowa**

*/s/ Samuel P. Langholz*
Samuel P. Langholz
   *Assistant Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for State of Iowa*

**DEREK SCHMIDT**
**Attorney General of Kansas**

*/s/ Shannon Grammel*
Shannon Grammel
   *Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
shannon.grammel@ag.ks.gov
*Counsel for State of Kansas*

**ALAN WILSON**
**Attorney General of South Carolina**

*/s/ J. Emory Smith, Jr.*
J. Emory Smith, Jr.
   *Deputy Solicitor General*
Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211
803-734-3680
ESmith@scag.gov
*Counsel for State of South Carolina*

CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2022, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system for all parties who have appeared and to be served on those parties who have not appeared in accordance with the Federal Rules of Civil Procedure or other means agreed to by the parties.

*/s/ James A. Campbell*
James A. Campbell
