UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| State of Nebraska et al, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:22-cv-01040-AGF |
| Joseph R. Biden, Jr, et al., | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was opened on September 29, 2022.

Due to a clerical error, this case was assigned to the Honorable Audrey G. Fleissig , United States District Judge.  Therefore, this case must be reassigned.

Accordingly,

IT IS THEREFORE ORDERED that the above-styled cause is randomly reassigned to the Honorable Henry E. Autrey, United States District Judge.

Dated this 29th day of September, 2022

                                                GREGORY J. LINHARES
                                              CLERK OF COURT

                                              By /s/ Michele Crayton
                                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number: 4:22-cv-01040HEA.**