IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF NEBRASKA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., et al., <br><br> Defendants. | Case No. 4:22-CV-01040 <br><br><br> **APPEARANCE OF COUNSEL** |

COMES NOW Samuel P. Langholz, Assistant Solicitor General, and hereby

enters his appearance on behalf of the State of Iowa in this case.

Respectfully submitted,

/s/ *Samuel P. Langholz*
SAMUEL P. LANGHOLZ          AT009805(IA)
Assistant Solicitor General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 281-4209
sam.langholz@ag.iowa.gov

ATTORNEY FOR PLAINTIFF
STATE OF IOWA

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 29th day of September, 2022, this motion was

electronically filed with the Clerk of Court using the CM/ECF system, which will

serve all counsel of record.

/s/ *Samuel P. Langholz*
Assistant Solicitor General