UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:22CV1040 HEA ) |
| JOSEPH R. BIDEN, JR., et al., | ) ) |
| Defendants. | ) ) |

ORDER

**IT IS HEREBY ORDERED** that consistent with conference discussions, Plaintiff's Motion for Temporary Restraining Order [Doc # 4] is set for hearing on October 4, 2022, at 10:00 a.m. in the courtroom of the undersigned. Respondents are to file reply to the Motion for Temporary Restraining Order by 4:00 p.m. Monday, October 3, 2022

Dated this 30th day of September, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE