UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| _____, <br> Plaintiff (s), | ) <br> ) <br> ) |
| v. | ) Case No. <br> ) <br> ) |
| _____, <br> Defendant(s). | ) <br> ) |

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now _____ and notifies the court of the intent to use
         (Plaintiff or Defendant)

_____
     (name  and address of process server)

_____

_____

To serve:

_____in the
     (name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

_____                    _____
     (date)                                                         (attorney for Plaintiff)

                                                                    _____
                                                                    (attorney for Defendant)