# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:22-CV-1040-HEA |
| JOSEPH R. BIDEN, JR., et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

R. Charlie Merritt, Trial Attorney for the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for the Defendants.

Dated: October 3, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ R Charlie Merritt*
R. CHARLIE MERRITT
Trial Attorney (VA Bar # 89400)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
(202) 616-8098
robert.c.merritt@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2022, a copy of the foregoing was filed electronically using this Court's CM/ECF system, and therefore served on all parties of record.

    *s/ R. Charlie Merritt*
R. Charlie Merritt
Trial Attorney