UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:22CV1040 HEA ) |
| JOSEPH R. BIDEN, JR., et al., | ) ) |
| Defendants. | ) ) |

ORDER

**IT IS HEREBY ORDERED** that the hearing on Plaintiff's MOTION for Temporary Restraining Order [Doc # 4] set for hearing on October 4, 2022, is VACATED.

**IT IS FURTHER ORDERED** that Defendants' response to Plaintiff's Motion for a Preliminary Injunction is due Friday, October 7, 2022, and Plaintiffs' reply is due Tuesday, October 11, 2022.

**IT IS FINALLY ORDERED** that oral argument on Plaintiff's Motion for Preliminary Injunction is set for October 12, 2022, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 3rd day of October, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE