IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF NEBRASKA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., et al., <br><br> Defendants. | No. 4:22-cv-01040 |

## ENTRY OF APPEARANCE

Shannon Grammel, Deputy Solicitor General, hereby enters her appearance on behalf of Plaintiff State of Kansas in this case.

                                               Respectfully submitted,

                                               **DEREK SCHMIDT**
                                               **Attorney General of Kansas**

                                               */s/ Shannon Grammel*
                                               Shannon Grammel
                                                  *Deputy Solicitor General*
                                               Office of the Kansas Attorney General
                                               120 S.W. 10th Ave., 2nd Floor
                                               Topeka, Kansas 66612
                                               Tel.: (785) 296-2215
                                               Fax: (785) 291-3767
                                               shannon.grammel@ag.ks.gov

                                               *Attorney for Plaintiff State of Kansas*

1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 5, 2022, this document was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Shannon Grammel*
Shannon Grammel
