AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri ▼

| | | |
|---|---|---|
| State of Nebraska | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:22-cv-1040-HEA |
| Joseph R. Biden, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Joseph R. Biden, Jr., Miguel Cardona, United States Department of Education                                      .

Date:      10/07/2022                                         /s/ Brian D. Netter
                                                              *Attorney's signature*

                                                   Brian D. Netter (D.C. Bar No. 979362)
                                                        *Printed name and bar number*

                                                        U.S. Department of Justice
                                                        950 Pennsylvania Avenue NW
                                                           Washington, DC 20530
                                                                 *Address*

                                                           Brian.Netter@usdoj.gov
                                                              *E-mail address*

                                                             (202) 514-2000
                                                            *Telephone number*

                                                               *FAX number*