UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al.,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Case No. 4:22CV1040 HEA |
| ) | |
| JOSEPH R. BIDEN, JR., et al.  ) | |
| ) | |
| Defendants.  ) | |

## AMENDED NOTICE

The United States Judicial Conference has authorized a pilot program permitting certain district courts to livestream audio of proceedings in civil cases of public interest with the consent of the parties. This Court is a participant in that program, and the parties in the present matter have agreed through counsel to permit the Court to livestream audio of the arguments on Plaintiffs' Motion for Preliminary Injunction set for **October 12, 2022** at 10:30 a.m., Central Time.

Under Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited.

Members of the public who wish to listen to the hearing via Internet on the

Court's YouTube channel may do so at:

https://www.youtube.com/channel/UCIWD5tA9DvZskM37uuuPBMg/.

This is livestream audio only.

Dated this 7th day of October, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE