**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

STATE OF NEBRASKA, *et al*.,

           Plaintiffs,

   v.

JOSEPH R. BIDEN, JR., *et al*.,

           Defendants.

Case No. 4:22-cv-1040-HEA

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Cody T. Knapp, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter.

Dated: October 7, 2022                    Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney
                                          General

                                          BRIAN D. NETTER
                                          Deputy Assistant Attorney General

                                          JENNIFER D. RICKETTS
                                          Branch Director

                                          MARCIA BERMAN
                                          Assistant Branch Director

                                          */s/ Cody T. Knapp*
                                          CODY T. KNAPP
                                          Trial Attorney (NY Bar No. 5715438)
                                          U.S. Department of Justice
                                          Civil Division
                                          Federal Programs Branch
                                          1100 L St. NW
                                          Washington, D.C. 20005
                                          Telephone: (202) 532-5663
                                          Facsimile: (202) 616-8470
                                          E-mail: cody.t.knapp@usdoj.gov

                                          *Counsel for Defendants*