IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION (ST. LOUIS)

| | |
|---|---|
| THE STATE OF NEBRASKA, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 4:22-cv-01040 |
| ) | |
| JOSEPH R. BIDEN, JR. in his official ) | |
| capacity as the President of the United ) | |
| States of America, et al. ) | |

**ENTRY OF APPEARANCE**

COMES NOW D. John Sauer, Solicitor General, and hereby enters his appearance on behalf of Plaintiff State of Missouri.

Dated: October 11, 2022

    Respectfully Submitted,

    **ERIC S. SCHMITT**
    Attorney General of Missouri

    /s/ D. John Sauer
    D. John Sauer, #58721
      *Solicitor General*

    Office of the Attorney General
    Supreme Court Building
    P.O. Box 899
    207 W. High St.
    Jefferson City, MO 65102
    Tel: (573) 751-1800
    Facsimile: (573) 751-0774
    E-mail: John.Sauer@ago.mo.gov

    *Counsel for Defendants*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2022, I electronically filed the foregoing with the Clerk of Court using the Court's electronic filing system, to be served on all counsel of record.

/s/ D. John Sauer<br>
D. John Sauer, #58721