IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>JOSEPH R. BIDEN, Jr., et al.,<br><br>　　　　*Defendants*. | No. 4:22-cv-01040 |

### PLAINTIFF STATES' MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR PRELIMINARY INJUNCTION

Under Local Rule 4.01(D), a party may file "any motion, memorandum, or brief which exceeds fifteen (15) pages" with leave of the Court. Plaintiff States respectfully request such leave for their reply memorandum in support of their motion for preliminary injunction. Because the legal issues are complex and significant—involving the propriety of a federal agency taking the unprecedented step of unilaterally erasing approximately a half trillion dollars in student loan debt—leave is appropriate.

The Court previously granted leave for Plaintiffs to file a 45-page memorandum in support of their motion and for Defendants to file a 45-page memorandum in opposition to the motion. Also, in Defendants' opposition filing, they publicly produced for the first time the internal agency memoranda attempting to justify their actions, prompting Plaintiffs to spend extra space responding to it. Accordingly, a modest enlargement of the length of the reply memorandum is in order.

For these reasons, Plaintiffs respectfully ask the Court to grant them leave to file a reply memorandum in support of their motion for preliminary injunction that exceeds 15 pages but does not exceed 25 pages of argument.

1

Dated: October 11, 2022

**DOUGLAS J. PETERSON**
**Attorney General of Nebraska**

*/s/ James A. Campbell*
James A. Campbell
   *Solicitor General of Nebraska*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2686
Jim.Campbell@nebraska.gov
*Counsel for Plaintiffs*


**LESLIE RUTLEDGE**
**Attorney General of Arkansas**

*/s/ Dylan L. Jacobs*
Nicholas J. Bronni
   *Solicitor General of Arkansas*
Dylan L. Jacobs
   *Deputy Solicitor General of Arkansas*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov
*Counsel for State of Arkansas*

**DEREK SCHMIDT**
**Attorney General of Kansas**

*/s/ Shannon Grammel*
Shannon Grammel
   *Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
shannon.grammel@ag.ks.gov
*Counsel for State of Kansas*

Respectfully submitted,

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/ Michael E. Talent*
D. John Sauer, #58720MO
   *Solicitor General of Missouri*
Michael E. Talent, #73339MO
   *Deputy Solicitor General of Missouri*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
(314) 340-4869
Michael.Talent@ago.mo.gov
*Counsel for Plaintiffs*

**JEFFREY S. THOMPSON**
**Solicitor General of Iowa**

*/s/ Samuel P. Langholz*
Samuel P. Langholz
   *Assistant Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for State of Iowa*


**ALAN WILSON**
**Attorney General of South Carolina**

*/s/ J. Emory Smith, Jr.*
J. Emory Smith, Jr.
   *Deputy Solicitor General*
Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211
803-734-3680
ESmith@scag.gov
*Counsel for State of South Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system and, through that system, was served on counsel for all parties.

*/s/ James A. Campbell*
James A. Campbell
