**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| STATE OF NEBRASKA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | Case No. 4:22-cv-1040-HEA |

**NOTICE OF APPEARANCE**

Please take notice that Samuel Rebo, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter.

| | |
|---|---|
| Dated: October 13, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>BRIAN D. NETTER<br>Deputy Assistant Attorney General<br><br>JENNIFER D. RICKETTS<br>Branch Director<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>*s/ Samuel Rebo*<br>SAMUEL REBO<br>Trial Attorney (DC Bar No. 1780665)<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>Telephone: (202) 514-6582<br>Facsimile: (202) 616-8470<br>E-mail: samuel.a.rebo@usdoj.gov<br><br>*Counsel for Defendants* |