IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>JOSEPH R. BIDEN, Jr., et al.,<br><br>   *Defendants*. | No. 4:22-cv-01040-HEA |

**NOTICE OF WITHDRAWAL OF
MOTION FOR TEMPORARY RESTRAINING ORDER**

  Plaintiff States hereby notify the Court—consistent with the parties' stipulation, Doc. 14, and the Court's orders approving that stipulation and setting an expedited schedule for Plaintiffs' motion for preliminary injunction, Docs. 16 & 17—that Plaintiffs have withdrawn their motion for temporary restraining order, Doc. 4.  In lieu of seeking a temporary restraining order, Plaintiffs are pursuing the relief sought in their motion for preliminary injunction, Doc. 3, under the expedited schedule the Court has approved, Doc. 17.  As recognized in the parties' stipulation, Doc. 14, Plaintiffs preserve their right to refile a motion for temporary restraining order if changed circumstances necessitate it.

1

Dated: October 14, 2022

**DOUGLAS J. PETERSON**
**Attorney General of Nebraska**

*/s/ James A. Campbell*
James A. Campbell
   *Solicitor General of Nebraska*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2686
Jim.Campbell@nebraska.gov
*Counsel for Plaintiffs*

**LESLIE RUTLEDGE**
**Attorney General of Arkansas**

*/s/ Dylan L. Jacobs*
Nicholas J. Bronni
   *Solicitor General of Arkansas*
Dylan L. Jacobs
   *Deputy Solicitor General of Arkansas*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov
*Counsel for State of Arkansas*

**DEREK SCHMIDT**
**Attorney General of Kansas**

*/s/ Shannon Grammel*
Shannon Grammel
   *Deputy Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
shannon.grammel@ag.ks.gov
*Counsel for State of Kansas*

Respectfully submitted,

**ERIC S. SCHMITT**
**Attorney General of Missouri**

*/s/ Michael E. Talent*
D. John Sauer, #58720MO
   *Solicitor General of Missouri*
Michael E. Talent, #73339MO
   *Deputy Solicitor General of Missouri*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
(314) 340-4869
Michael.Talent@ago.mo.gov
*Counsel for Plaintiffs*

**JEFFREY S. THOMPSON**
**Solicitor General of Iowa**

*/s/ Samuel P. Langholz*
Samuel P. Langholz
   *Assistant Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for State of Iowa*

**ALAN WILSON**
**Attorney General of South Carolina**

*/s/ J. Emory Smith, Jr.*
J. Emory Smith, Jr.
   *Deputy Solicitor General*
Office of the Attorney General of South Carolina
P.O. Box 11549
Columbia, SC 29211
803-734-3680
ESmith@scag.gov
*Counsel for State of South Carolina*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 14, 2022, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system and, through that system, was served on counsel for all parties.

                                                    */s/ James A. Campbell*
                                                    James A. Campbell