UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____ ,    )
      Plaintiff (s),          )
                                   )
v.                                         )   Case No.
                                 )
_____ ,    )
      Defendant(s).          )

NOTICE OF INTENT TO USE
PROCESS SERVER

Comes now _____ and notifies the court of the intent to use
        (Plaintiff or Defendant)

_____
    (name and address of process server)

_____

To serve: Attorney General of the United States, Attn: Assistant Attorney General for Administration, U.S. Dept. of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530-0001   in the
   (name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

10/18/2022
_____                          _____
    (date)                                                   (attorney for Plaintiff)

                                                        _____
                                                        (attorney for Defendant)

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| STATE OF NEBRASKA, et al. <br> *Plaintiff* <br> v. <br> PRESIDENT JOSEPH R. BIDEN, JR., et al. <br> *Defendant* | Civil Action No.  4:22-cv-01040 |

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Attorney General of the United States
Attn: Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Office of Missouri Attorney General
Attn: Michael E. Talent
Deputy Solicitor General
815 Olive Street #200
St. Louis, Missouri 63101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: