## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Missouri

| | |
|---|---|
| State of Nebraska, et al<br><br>         Plaintiff(s),<br><br>vs.<br><br>Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al<br><br>         Defendant(s). | Attorney: Michael E. Talent<br><br>Missouri Attorney General's Office<br>815 Olive Street, Suite 200<br>St. Louis MO 63101<br><br><br>*286475* |

Case Number: 4:22-cv-01040

Legal documents received by Same Day Process Service, Inc. on **10/20/2022** at **6:30 AM** to be served upon **Attorney General of the United States - ATTN: Assistant Attorney General for Administration, U.S. Department of Justice at 950 Pennsylvania Ave., NW, Washington, DC 20530-0001**

I, **Cora Heishman**, swear and affirm that on **October 20, 2022** at **4:30 PM**, I did the following:

Served **Attorney General of the United States - ATTN: Assistant Attorney General for Administration, U.S. Department of Justice** by delivering a conformed copy of the **Alias Summons in a Civil Action; Plaintiff States' Memorandum in Support of Motions for Temporary Restraining Order and Preliminary Injunction; Motion for Preliminary Injunction; Motion for Temporary Restraining Order; Notice Requesting Hearing on Motion for Temporary Restraining Order; Complaint**   by **Certified Mailing** to   Attorney General of the United States - ATTN: Assistant Attorney General for Administration, U.S. Department of Justice at 950 Pennsylvania Ave., NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 10/20/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 7021272000000089717830 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:286475



AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| STATE OF NEBRASKA, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 4:22-cv-01040 |
| PRESIDENT JOSEPH R. BIDEN, JR., et al. | ) ) ) | |
| *Defendant* | ) | |

**ALIAS**

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Attorney General of the United States
Attn: Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Office of Missouri Attorney General
Attn: Michael E. Talent
Deputy Solicitor General
815 Olive Street #200
St. Louis, Missouri 63101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/19/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: