**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **STATE OF NEBRASKA, et al.,** )| |
| )| |
| **Plaintiffs,** )| |
| )| |
| **v.** )| **Case No. 4:22CV1040 HEA** |
| )| |
| **JOSEPH R. BIDEN, JR., et al.,** )| |
| )| |
| **Defendants.** )| |

**ORDER OF DISMISSAL**

In accordance with the Opinion, Memorandum and Order entered this same

date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this

action is **DISMISSED.**

Dated this day 20th of October, 2022.


_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE