US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** State of Nebraska et al v. Biden et al

**USCA#:**

**Case Number:** 4:22-CV-01040-HEA

**Plaintiff:** STATE OF NEBRASKA, et al.

**Defendant:** JOSEPH R. BIDEN JR., et al.

**Attorney:** See Docket Sheet

**Attorney:** See Docket Sheet

**Court Reporter(s):** None

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Joshua Cowen at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**