UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. 4:22CV1040 HEA |
| | ) |
| JOSEPH R. BIDEN, JR., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter is before the Court on Plaintiffs' Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action [Doc No. 48]. On October 20, 2022, this Court issued an Opinion, Order and Memorandum, with an accompanying Order of Dismissal, dismissing this case for a lack of standing. Plaintiffs' Motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion [Doc No. 48] is **DENIED.**

Dated this day 21st of October, 2022.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE