# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 21, 2022

Mr. James A. Campbell
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

        RE:  22-3179  State of Nebraska, et al v. Joseph Biden, Jr., et al

Dear Counsel:

        The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

        Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

        The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

        Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

        The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

        Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CJO

Enclosure(s)

cc:   Ms. Angie Daley
       Ms. Shannon Marie Grammel
       Mr. Dylan L. Jacobs
       Mr. Cody Taylor Knapp
       Mr. Samuel Paul Langholz
       Mr. Gregory J. Linhares
       Mr. Robert Charles Merritt
       Mr. Brian David Netter
       Mr. Samuel Rebo
       Mr. Dean John Sauer
       Mr. Michael E. Talent

District Court/Agency Case Number(s):   4:22-cv-01040-HEA

**Caption For Case Number:   22-3179**

State of Nebraska; State of Missouri; State of Arkansas; State of Iowa; State of Kansas; State of South Carolina

       Plaintiffs - Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America; Miguel Cardona, in his official capacity as Secretary, United States Department of Education; United States Department of Education

       Defendants - Appellees

**Addresses For Case Participants:   22-3179**

Mr. James A. Campbell
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

Ms. Angie Daley
THOMAS F. EAGLETON U.S. COURTHOUSE
3rd Floor
111 S. Tenth Street
Saint Louis, MO  63102-1116

Ms. Shannon Marie Grammel
ATTORNEY GENERAL'S OFFICE
Second Floor, Memorial Hall
120 S.W. Tenth Street
Topeka, KS  66612-0000

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Cody Taylor Knapp
U.S. DEPARTMENT OF JUSTICE
Civil Divison
Suite 12302
1100 L Street, N.W.
Washington, DC  20005

Mr. Samuel Paul Langholz
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Mr. Robert Charles Merritt
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530

Mr. Brian David Netter
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Mr. Samuel Rebo
U.S. DEPARTMENT OF JUSTICE
Civil Divison
Suite 12302
1100 L Street, N.W.
Washington, DC  20005

Mr. Dean John Sauer
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Michael E. Talent
ATTORNEY GENERAL'S OFFICE
Suite 200
815 Olive Street
Saint Louis, MO  63101