# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3179

State of Nebraska, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01040-HEA)

---

**ORDER**

Appellants' emergency motion for an administrative stay prohibiting the appellees from discharging any student loan debt under the Cancellation program until this Court rules on the appellants' motion for an injunction pending appeal is granted. The request for expedited briefing on the motion for an injunction pending appeal is granted as follows:

Appellees' response in opposition shall be due on or before 5:00 PM Central, Monday, October 24, 2022 and the Appellants' reply, if any, is due on or before 5:00 PM Central, Tuesday, October 25, 2022.

October 21, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans