UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 22-3179

State of Nebraska, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

------------------------------

Hamilton Lincoln Law Institute, et al.

Amici on Behalf of Appellant(s)

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01040-HEA)

___

**ORDER**

Americans for Prosperity Foundation and New Civil Liberties Alliance's motions for leave to file amicus curiae briefs are granted.

November 10, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans