# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 02, 2022

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

     RE:  22-3179  State of Nebraska, et al v. Joseph Biden, Jr., et al

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                              Michael E. Gans
                              Clerk of Court

AMT

Enclosure(s)

     District Court/Agency Case Number(s):   4:22-cv-01040-HEA

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 1, 2022

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: Joseph R. Biden, President of the United States, et al.
v. Nebraska, et al.
No. 22-506
(Your No. 22-3179)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 18, 2022 and placed on the docket December 1, 2022 as No. 22-506.

Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney