# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 28, 2022

Mr. Scott Harris, Clerk
Supreme Court of the United States
1 First Street, N.E.
Washington, D.C. 20543

     RE:  22-3179  State of Nebraska, et al v. Joseph Biden, Jr., et al

     Supreme Court No.  22-506

Dear Mr. Harris:

     We have prepared and are forwarding to you the certified docket sheets, copies of the Eighth Circuit record, which includes a complete copy of the pleadings file.

     After final disposition by the Supreme Court, we would appreciate the return of the record to this office.

                                 Michael E. Gans
                                 Clerk of Court

JJF

Enclosure(s)

cc:     Mr. Gregory J. Linhares

     District Court/Agency Case Number(s):   4:22-cv-01040-HEA