UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STATE OF NEBRASKA.  Case No. 4:22-CV-01040-HEA

    Plaintiff,

v.  **MOTION TO WITHDRAW AS COUNSEL**

JOSEPH BIDEN, JR, ET AL.

    Defendants,

Shannon Grammel, Deputy Solicitor General, hereby withdraws as counsel of record for Plaintiff State of Kansas. The undersigned is preparing to leave her position with the Office of Kansas Attorney General Kris Kobach.

KRIS KOBACH
Kansas Attorney General

 /s/ Shannon Grammel
Shannon Grammel
*Deputy Solicitor General*
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597
Phone: (785)296-2215
Fax: (785)291-3875
shannon.grammel@ag.ks.gov

*Attorney for Plaintiff –
State of Kansas*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 13th day of January, 2023, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                      */s/Shannon Grammel*

DATED this 13th day of January, 2023.

                                              KRIS KOBACH
                                              Kansas Attorney General

                                              */s/ Shannon Grammel*
                                              Shannon Grammel
                                              *Deputy Solicitor General*
                                              120 SW 10th Avenue, 2nd Floor
                                              Topeka, KS 66612-1597
                                              Phone: (785)296-2215
                                              Fax: (785)291-3875
                                              shannon.grammel@ag.ks.gov

                                              *Attorney for Plaintiff –*
                                              *State of Kansas*