# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3179

State of Nebraska, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

------------------------------

Hamilton Lincoln Law Institute, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01040-HEA)
_____

**ORDER**

Ms. Shannon Marie Grammel's motion to withdraw as retained counsel is granted.  Ms. Shannon Marie Grammel, for State of Kansas, has been granted leave to withdraw from this case.

January 13, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans