# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3179

State of Nebraska, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

------------------------------

Hamilton Lincoln Law Institute, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01040-HEA)

---

**ORDER**

Mr. Dean John Sauer's motion to withdraw as retained counsel is granted. Mr. Dean John Sauer, for State of Kansas, State of Missouri, State of Arkansas, State of Nebraska, State of South Carolina and State of Iowa, has been granted leave to withdraw from this case.

January 27, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans