# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

STATE OF NEBRASKA,
STATE OF MISSOURI,
STATE OF ARKANSAS,
STATE OF IOWA,
STATE OF KANSAS, and
STATE OF SOUTH CAROLINA,

        Plaintiffs,
   v.

JOSEPH R. BIDEN, JR.,
in his official capacity as the President of
the United States of America;

MIGUEL CARDONA, in his official
capacity as Secretary, United States
Department of Education; and

UNITED STATES DEPARTMENT OF
EDUCATION,

        Defendants.

Case No. 4:22-CV-01040-HEA

## MOTION TO WITHDRAW AS COUNSEL

James A. Campbell hereby withdraws as counsel for Plaintiffs because, as of March 3, 2023, he is no longer employed by the Office of the Nebraska Attorney General. Eric J. Hamilton has made an appearance in the case for Plaintiffs and will remain as counsel of record for Plaintiffs.

Respectfully submitted this 13th day of July, 2023.

                                              *s/ James A. Campbell*
                                              JAMES A. CAMPBELL
                                              ALLIANCE DEFENDING FREEDOM
                                              44180 RIVERSIDE PARKWAY
                                              Lansdowne, VA 20176
                                              Telephone: (571) 707-4655
                                              Facsimile: (571) 707-4656
                                              jcampbell@ADFlegal.org

**Certificate of Service**

I hereby certify that on the 13th day of July, 2023, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

<u>*s/ James A. Campbell*</u>
James A. Campbell
