# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION (ST. LOUIS)

| | |
|---|---|
| THE STATE OF NEBRASKA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | No. 4:22-cv-01040 |
| ) | |
| JOSEPH R. BIDEN, JR., in his official ) | |
| capacity as the President of the United ) | |
| States of America, et al., ) | |

## ENTRY OF APPEARANCE

COMES NOW Jeff P. Johnson, Deputy Solicitor General, and hereby enters his appearance on behalf of Plaintiff State of Missouri.

Dated: July 21, 2023.            Respectfully Submitted

**ANDREW BAILEY**
Attorney General of Missouri

*/s/ Jeff P. Johnson*
Jeff P. Johnson #73249
 *Deputy Solicitor General*
Office of Missouri Attorney General
815 Olive Street, Suite 200
Tel: (314) 340-7366
Facsimile: (573) 571-0774
Email: Jeff.Johnson@ago.mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing Entry of Appearance with the Clerk of the Court using the Court's electronic filing system, to be served on all counsel of record on this 21st day of July, 2023.

*/s/ Jeff P. Johnson*