# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 08, 2023

Eric James Hamilton
ATTORNEY GENERAL'S OFFICE
2115 State Capitol
P.O. Box 98920
Lincoln, NE  68509-0000

RE:  22-3179  State of Nebraska, et al v. Joseph Biden, Jr., et al

Dear Counsel:

Enclosed is a copy of a dispositive order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc: Simon Christopher Brewer
    Sarah Carroll
    Dwight R. Carswell
    Mark Chenowith
    Clerk, U.S. District Court, Eastern District of Missouri
    Courtney Dixon
    Theodore H. Frank
    Dylan L. Jacobs
    Cody Taylor Knapp
    Samuel Paul Langholz
    Sheng Li
    Robert Charles Merritt
    Brian David Netter
    Michael David Pepson
    Thomas Pulham
    Michael Raab
    Samuel Rebo
    J. Emory Smith Jr.
    John Julian Vecchione

District Court/Agency Case Number(s):   4:22-cv-01040-HEA

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3179

_____

State of Nebraska; State of Missouri; State of Arkansas; State of Iowa; State of Kansas; State of South Carolina

Plaintiffs - Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America; Miguel Cardona, in his official capacity as Secretary, United States Department of Education; United States Department of Education

Defendants - Appellees

------------------------------

Hamilton Lincoln Law Institute; Americans for Prosperity Foundation; New Civil Liberties Alliance

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01040-HEA)

_____

**JUDGMENT**

Before SHEPHERD, ERICKSON and GRASZ, Circuit Judges.

Pursuant to the opinion and judgment of the Supreme Court of June 30, 2023, the judgment of the United States District Court for the Eastern District of Missouri is reversed, and the case is remanded for further proceedings consistent with the opinion of the Supreme Court.

August 08, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans