# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3179

State of Nebraska, et al.

Appellants

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellees

------------------------------

Hamilton Lincoln Law Institute, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01040-HEA)

---

## MANDATE

In accordance with the judgment of August 8, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 08, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit