IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF NEBRASKA et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., et al., <br><br> Defendants. | Case No. 4:22-CV-01040-HEA <br><br><br> **APPEARANCE** |

**NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff the State of Iowa hereby notifies the Court that Eric Wessan will appear as its counsel in the above case. His contact information is provided in the signature block below.

Respectfully submitted this 10th day of August, 2023.

          Respectfully submitted,

          BRENNA BIRD
          Attorney General of Iowa

          /s/ *Eric Wessan*
          ERIC WESSAN
          Solicitor General
          Iowa Department of Justice
          Hoover State Office Building
          Des Moines, Iowa 50319
          (515) 823-9117
          (515) 281-4209 (fax)
          eric.wessan@ag.iowa.gov

          ATTORNEY FOR PLAINTIFF STATE OF IOWA

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of August, 2023, this motion was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/ *Eric H. Wessan*
Solicitor General