IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF NEBRASKA, STATE OF MISSOURI, STATE OF ARKANSAS, STATE OF IOWA, STATE OF KANSAS, and STATE OF SOUTH CAROLINA<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States of America, MIGUEL CARDONA, in his official capacity as Secretary, United States Department of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 4:22-CV-01040-HEA<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW Samuel P. Langholz, Chief Deputy Attorney General, and hereby withdraws as counsel for Plaintiff State of Iowa because he has been appointed to the Iowa Court of Appeals and will be leaving his employment with the Iowa Attorney General's Office. Solicitor General Eric Wessan has appeared for Plaintiff State of Iowa and will remain as counsel of record for Plaintiff State of Iowa.

Respectfully submitted,

*/s/ Samuel P. Langholz*
SAMUEL P. LANGHOLZ
Chief Deputy Attorney General
Iowa Department of Justice
1305 E. Walnut Street, 2nd Floor

Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 281-4209
sam.langholz@ag.iowa.gov

ATTORNEY FOR
PLAINTIFF STATE OF IOWA

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on August 11, 2023:

☐ U.S. Mail ☐ FAX
☐ Hand Delivery ☐ Overnight Courier
☐ Federal Express ☐ Other
☒ CM/ECF

Signature: */s/ Samuel P. Langholz*